IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re Malibu Media Copyright Litigation* | **ORDER SETTING CASE MANAGEMENT CONFERENCE**<br><br>No. C 15-04088 WHA<br>No. C 15-04108 WHA<br>No. C 15-04109 WHA<br>No. C 15-04110 WHA<br>No. C 15-04111 WHA<br>No. C 15-04112 WHA<br>No. C 15-04150 WHA<br>No. C 15-04152 WHA<br>No. C 15-04153 WHA<br>No. C 15-04154 WHA<br>No. C 15-04155 WHA<br>No. C 15-04156 WHA<br>No. C 15-04157 WHA<br>No. C 15-04158 WHA<br>No. C 15-04159 WHA<br>No. C 15-04160 WHA<br>No. C 15-04161 WHA<br>No. C 15-04162 WHA<br>No. C 15-04163 WHA<br>No. C 15-04164 WHA<br>No. C 15-04165 WHA<br>No. C 15-04166 WHA<br>No. C 15-04167 WHA<br>No. C 15-04168 WHA<br>No. C 15-04169 WHA<br>No. C 15-04170 WHA<br>No. C 15-04171 WHA<br>No. C 15-04172 WHA<br>No. C 15-04173 WHA<br>No. C 15-04174 WHA<br>No. C 15-04175 WHA<br>No. C 15-04176 WHA<br>No. C 15-04178 WHA<br>No. C 15-04179 WHA<br>No. C 15-04194 WHA<br>No. C 15-04195 WHA |

|    |                    |
|----|--------------------|
| 1  | No. C 15-04242 WHA |
|    | No. C 15-04243 WHA |
| 2  | No. C 15-04244 WHA |
|    | No. C 15-04245 WHA |
| 3  | No. C 15-04246 WHA |
|    | No. C 15-04248 WHA |
| 4  | No. C 15-04280 WHA |
|    | No. C 15-04281 WHA |
| 5  | No. C 15-04283 WHA |
|    | No. C 15-04284 WHA |
| 6  | No. C 15-04286 WHA |
|    | No. C 15-04287 WHA |
| 7  | No. C 15-04288 WHA |
|    | No. C 15-04289 WHA |
| 8  | No. C 15-04290 WHA |
|    | No. C 15-04291 WHA |
| 9  | No. C 15-04292 WHA |
|    | No. C 15-04293 WHA |
| 10 | No. C 15-04294 WHA |
|    | No. C 15-04430 WHA |
| 11 | No. C 15-04431 WHA |
|    | No. C 15-04432 WHA |
| 12 | No. C 15-04433 WHA |
|    | No. C 15-04434 WHA |
| 13 | No. C 15-04435 WHA |
|    | No. C 15-04436 WHA |
| 14 | No. C 15-04437 WHA |
|    | No. C 15-04438 WHA |
| 15 | No. C 15-04439 WHA |
|    | No. C 15-04440 WHA |
| 16 | No. C 15-04441 WHA |
|    | No. C 15-04442 WHA |
| 17 | No. C 15-04443 WHA |
|    | No. C 15-05383 WHA |
| 18 | No. C 15-05384 WHA |
|    | No. C 15-05385 WHA |
| 19 | No. C 15-05386 WHA |
|    | No. C 15-05387 WHA |
| 20 | No. C 15-05388 WHA |
|    | No. C 15-05389 WHA |
| 21 | No. C 15-05391 WHA |
|    | No. C 15-05394 WHA |
| 22 | No. C 15-05395 WHA |
|    | No. C 15-05397 WHA |
| 23 | No. C 15-05398 WHA |
|    | No. C 15-05399 WHA |
| 24 | No. C 15-05400 WHA |
|    | No. C 15-05401 WHA |
| 25 | No. C 15-05402 WHA |
|    | No. C 15-05403 WHA |
| 26 | No. C 15-05404 WHA |
|    | No. C 15-05405 WHA |
| 27 | No. C 15-05406 WHA |
|    | No. C 15-05407 WHA |
| 28 | No. C 15-05408 WHA |
|    | No. C 15-05409 WHA |

**United States District Court**
For the Northern District of California

|  |  |
|---|---|
|  | No. C 15-05410 WHA |
|  | No. C 15-05411 WHA |
|  | No. C 15-05412 WHA |
|  / | No. C 15-05413 WHA |

A case management conference in each of the above-captioned matters is hereby scheduled for **MARCH 3, 2016 AT 1:30 P.M.** in Courtroom 8, 19th Floor, of the federal courthouse, 450 Golden Gate Ave. The cases shall be collectively referred to as "*In re Malibu Media Copyright Litigation*." The parties in each matter shall submit a joint case management statement by **FEBRUARY 25**.

**IT IS SO ORDERED.**

Dated:   December 3, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

3